# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **KEVIN GIBSON** | : |
| | : Case No. 1:20-cv-422 |
| **Plaintiff,** | : |
| | : Judge Barker |
| v. | : |
| | : |
| **J.P. MORGAN CHASE BANK, N.A.,** *et al.* | : |
| | : |
| **Defendants.** | : |

## NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANTS U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST AND CALIBER HOME LOANS INC.

Now comes the law firm of Barnes & Thornburg LLP, by and through Robert C. Folland as identified in the below signature block, and notifies this Court and all parties of record of counsel's appearance as Lead Counsel of record in this matter for Defendants U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") and Caliber Home Loans, Inc. ("Caliber").

Please provide all notices, pleadings, correspondence and all other documents relating to this case to Attorney Folland as counsel for U.S. Bank and Caliber in this matter.

Dated: April 1, 2020

Respectfully submitted,

/s/ Robert C. Folland
Robert C. Folland (0065728)
BARNES & THORNBURG LLP
41 South High Street, Suite 3300
Columbus, OH  43215
614-628-0096 (Telephone)
614-628-1433 (Facsimile)
Rob.Folland@btlaw.com
*Counsel for Defendants U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust and Caliber Home Loans, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on April 1, 2020, a copy of the foregoing was served on all parties of record via the Court's CM/ECF system and upon the below via regular U.S. Mail:

Kevin Gibson
15411 Macauley Avenue
Cleveland, OH 44110
*Plaintiff pro se*

J.P. Morgan Chase Bank, N.A. and
Jamie Dimon
1111 Polaris Parkway
Columbus, Ohio 43240
*Defendants*

Clifford Pinkney
Cuyahoga County Sheriff's Office
1215 W. 3rd Street
Cleveland, OH 44113
*Defendant*

                                                      */s/ Robert C. Folland*
                                                      Robert C. Folland